LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
RAVEN YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada  89144
Telephone:  (702) 804-0706
Facsimile:    (702) 804-0798
E-Mail:      *lfink@springelfink.com*

Attorneys for Defendant,
CONVERGENT OUTSOURCING, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GILARDI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC. and TRANS UNION LLC,<br><br>    Defendants. | Case No.:  2:19-cv-00782-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT** |

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**

COMES NOW, Defendant CONVERGENT OUTSOURCING, INC. ("CONVERGENT") and Plaintiff JOHN GILARDI ("PLAINTIFF") (collectively, the "Parties"), stipulate and agree as follows:

1. That CONVERGENT requires additional time to investigate PLAINTIFF'S allegations and respond to PLAINTIFF'S Complaint.  This is CONVERGENT'S first request for an extension; and

2. That the Court, having reviewed the Parties' Stipulation to extend CONVERGENT'S time to respond to the Complaint.

/ / /

/ / /

{N0560782;1}

- 1 -

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED, that CONVERGENT'S response to PLAINTIFF'S Complaint shall be filed on or before June 19, 2019.

Dated this 29th day of May, 2019

SPRINGEL & FINK LLP

By: _/s/ Raven M. Yim_ .
LEONARD T. FINK, ESQ.
NEVADA BAR NO. 6296
RAVEN YIM, ESQ.
NEVADA BAR NO. 14972
10655 PARK RUN DRIVE, SUITE 275
LAS VEGAS, NEVADA 89144

Attorneys for Defendant,
CONVERGENT OUTSOURCING, INC.

Dated this 29th day of May, 2019

COGBURN LAW OFFICES

By: _/s/ Erik W. Fox (w/permission)_ .
ERIK W. FOX, ESQ.
NEVADA BAR NO. 6296
2508 ST. ROSE PARKWAY, SUITE 330
HENDERSON, NV 89074

Attorneys for Plaintiff,
JOHN GILARDI

**IT IS SO ORDERED:**

DATED this 30th day of May, 2019.

_____
MAGISTRATE JUDGE

ORIGINAL of the foregoing
filed this 29th day of May, 2019:

COPIES of the foregoing
electronically served this 29th day of May, 2019:

Jamie S Cogburn
Erik-Anthony W Fox
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
Fax: (702) 966-3880
Email: jsc@cogburncares.com
Email:  ewf@cogburncares.com

Attorneys for Plaintiff,
John Gilardi

Kurt R. Bonds
Trevor Waite
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
702-384-7000
Fax: 702-385-7000
Email: efile@alversontaylor.com
Email: twaite@alversontaylor.com

Attorneys for Defendant,
Trans Union LLC


By:     */s/ Phaedra L. Calaway*
        Phaedra L. Calaway

{N0560782;1}                                        - 3 -

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**