COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GILARDI, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CONVERGENT OUTSOURCING, INC., a Foreign Company; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　　Defendants. | Case Number<br>2:19-cv-00782-GMN-BNW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, John Gilardi ("Plaintiff") and Defendant, Trans Union LLC ("Defendant"), by and through their respective attorneys of record,

. . .

. . .

. . .

. . .

. . .

. . .

that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 5th day of March, 2020.                              Dated this 5th day of March, 2020.

**COGBURN LAW**                                                 **ALVERSON TAYLOR & SANDERS**


By: */s/Erik W. Fox*                                            By: */s/Trevor Waite*
    Jamie S. Cogburn, Esq.                                  Trevor Waite, Esq.
    Nevada Bar No. 8409                                     Nevada Bar No. 13779
    Erik W. Fox, Esq.                                       6605 Grand Montecito Pkwy., Suite 200
    Nevada Bar No. 8804                                     Las Vegas, NV 89149
    2580 St. Rose Parkway, Suite 330                        *Attorneys for Trans Union LLC*
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

    **IT IS SO ORDERED.**
    Dated this 5 day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court